382 F.3d 864
 UNITED STATES of America, Appellee,
v.
Christopher M. MOHR, Appellant.
 No. 03-3533.
 United States Court of Appeals, Eighth Circuit.
 August 23, 2004.
 
 1
 Appeal from the United States District Court for the District of Minnesota.
 
 
 2
 Michael L. Cheever, U.S. Attorney's Office, Minneapolis, MN, for Plaintiff-Appellee.
 
 
 3
 Christopher Michael Mohr, Waseca, MN, pro se.
 
 
 4
 Richard H. Kyle, Jr., Kyle Law Office, Minneapolis, MN, for Defendant-Appellant.
 
 
 5
 Appellant's motion for remand has been considered by the court and is denied.